DISTRICT OF OREGON, ss: AFFIDAVIT OF JEREMY CHEDESTER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Jeremy Chedester, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Detective with the Washington County Sheriff's Office (WCSO) and have been so employed since April 9, 2007. I started my law enforcement career as a patrol officer with the City of Sherwood Police Department in February 2004 and continued there until hired by WCSO. My current assignment is to the Federal Bureau of Investigation (FBI) Portland Field Office, Joint Terrorism Task Force (JTTF) as a Task Force Officer. In this capacity, I investigate a variety of criminal and national security matters, including the investigation of violent crimes and major offenses such as threats to human life, threats to damage property, and efforts to use violence in support of or to counter a particular ideology. My training and experience include over 3,000 hours of law enforcement training, and an additional several hundred hours of FBI training related to my JTTF responsibilities.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Jesse David **BENNETT** (hereinafter "**BENNETT**"), DOB XX/XX/1991, for committing the following federal crimes: (a) Threats against the President (18 U.S.C. § 871); (b) Communicating a Threat over the Internet (18 U.S.C. § 875(c)); and (c) Threats Regarding Fire and Explosives (18 U.S.C. § 844(e)). As set forth below, there is probable cause to believe, and I do believe, that **BENNETT** committed each of these federal crimes.

3. The facts and information set forth in this affidavit are based upon my personal knowledge obtained during this investigation, information provided to me by other investigators,

as well as documents and records obtained through the course of this investigation. This case is being investigated by the FBI, Secret Service, and with assistance from various state and local law enforcement agencies.

4. Because I am submitting this affidavit for the limited purpose of establishing probable cause for the requested arrest warrant and criminal complaint, I have not included every fact known to me concerning this investigation.

## Applicable Law

5. Title 18 U.S.C. § 875(c), Communicating a Threat over the Internet, states in relevant part, "Whoever transmits in interstate or foreign commerce any communication containing any threat to injure the person of another."

6. Title 18 U.S.C. § 871, Threats Against the President, states in relevant part, "Whoever knowingly and willfully deposits for conveyance in the mail or for a delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect, or knowingly and willfully otherwise makes any such threat against the President, President-elect, Vice President or other officer next in the order of succession to the office of President, or Vice President-elect, shall be fined under this title or imprisoned not more than five years, or both."

7. Title 18 U.S.C. § 844(e), Threats Regarding Fire and Explosives, states in relevant part, "Whoever, through the use of the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully

makes any threat, or maliciously conveys false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive."

## Statement of Probable Cause

### BENNETT's History of Threats

8. By way of background, on April 20, 2012, **BENNETT** confessed to Portland Police Bureau ("PPB") Officers that he had sent a bomb threat to ▇▇▇▇▇▇▇▇▇▇▇▇, located in Portland, Oregon, which he had previously attended. **BENNETT** said he used the name of one of his former classmates to send the threat (case #12-047091).

9. In 2013, the Portland FBI Field Office investigated threats communicated by email and through Facebook to various individuals. **BENNETT** ultimately confessed to communicating these threats and was convicted in 2014 in Multnomah County Circuit Court of two counts of Violation of Court Stalking Protection Order. **BENNETT** was sentenced to time served and three years of supervised release in December 2014.

10. On September 16, 2014, **BENNETT** was also arrested by PPB for Stalking-Felony (case #14-70437) and for Violation of Court Stalking Protection Order. **BENNETT** currently is the Respondent in three Protected Persons Stalking Orders. In other words, three separate victims are all Protected Persons against **BENNETT**.

11. On September 16, 2019, **BENNETT** was arrested for two incidents of Arson Structure Occupied – Felony (case #19-276555 and case #19-275581). **BENNETT** was convicted of these two arson offenses on March 31, 2021. In those cases, **BENNETT** admitted to throwing Molotov cocktails at two different occupied residences. A related Bias Crime – 2nd

Degree charge was dismissed as part of his plea agreement. The Bias Crime, which was dismissed, was related to **BENNETT** targeting a same sex couple with threats and a Molotov cocktail. As a result of the Arson convictions described above, **BENNETT** is currently on felony probation.

**Summary**

12. On October 22, 2022, the FBI Portland Field Office initiated an investigation regarding an email sent by "Matthew Jon" at matthew.jon.pdx@usa.com, making online threats and planning to conduct acts of violence against others, including the complainant, ▉▉▉▉. The threats were linked to other FBI field offices around the country, as well as current PPB reports of threats.

13. Since May 9, 2022, "Matthew Jon," also using several other names and later identified as **BENNETT**, telephone number 503-▉▉▉-2716 (hereinafter "**BENNETT's** Phone Number"), email jessebpdx1991@outlook.com, and address ▉▉▉▉▉▉▉▉▉▉ Portland, Oregon, has been impersonating individuals and issuing several threats to named people, businesses, and public figures through the use of various email accounts and website contact form submissions. These threats included stalking, kidnap, rape, murder, mass shootings, bombings, school shootings, and destruction of critical infrastructure, among others. The threats have been directed at President Biden, Vice President Harris, celebrities, actress ▉▉▉▉▉▉, and actor ▉▉▉▉▉▉. In addition to political and celebrity threats, many other mentioned people are associated with **BENNETT** based on where he went to school, worked, and in the vicinity of his residence. Approximately 50 different threats, often sent to multiple email addresses or through websites, have been identified as being associated with **BENNETT**. Not all

of the threats and email addresses are mentioned in the affidavit. Legal process is still pending on several emails and IP addresses.

14. On June 13, 2022, Washington FBI Field Office opened an assessment regarding threatening communications which were sent to the Department of Justice (DOJ) webmaster from ▓▓▓▓▓▓▓▓▓▓▓▓@gmail.com. This email included shooting and bombing threats to specific individuals, including direct threats to President Biden and Vice President Harris, and threats to kill public officials in the Capitol. These threats are in violation of 18 U.S.C. §§ 844(e), 871 and 875(c). Specifically, the author stated:

> *We are going to place bombs and explode them during the prime-time hearings this week. There are already bombs hidden in the area and throughout the city. Also, the Supreme Court is going down. We will highjack private planes on private airfields to crash them into the Supreme Court building during one of the big hearings coming up real soon. I will kill President Biden and Vice President Harris this week. We will cause the insurrection to happen again later this week again… We will gun down all police in DC, including Capital Police and Federal Law Enforcement.*

FBI's Washington Field Office indicated this threat did not come from ▓▓▓▓▓▓. Several threats continued and were investigated by FBI Las Vegas, and Los Angeles, using ▓▓▓▓▓▓▓▓ name and email, as well as mentioning her in subsequent threats.

**Threats Sent in the Name of "Matthew Jon" from matthew.jon.pdx@usa.com**

15. On October 21, 2022, threatening communications were sent to ▓▓▓▓▓▓ from "Matthew Jon" at matthew.jon.pdx@usa.com, stating that Matthew Jon was responsible for the emails detailed above and threatening ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ brother, ▓▓▓▓▓▓▓. The threats targeting individuals, businesses, the mentally ill, and homeless people, in violation of 18 U.S.C. § 875(c), included the following:

/ / /

*Me and my friends, ▓▓▓ and ▓▓▓ are responsible for the hell ▓▓▓ went through in August regarding a lot of emails being sent around across the country. We have also been stalking ▓▓▓ ▓▓▓. We been secretly following ▓▓ online with the other two mentioned. We plan to stalk, then rape, and murder all three. I personally plan to kill ▓▓ brother ▓▓ from that podcast they are doing lately. We know where they all live. We plan to do terror attacks across the country. I Matt, as a Trump supporter feel the need to do this. We plan to do mass shootings on NE Sandy Blvd in the Hollywood District and Rose City Park neighborhood. From NE 57th Ave to outside the Hollywood District to SE Washington St. A lot of businesses will be targeted soon. First, we will be dealing with the homeless problem with those sick weirdos at night.*

### Attribution of matthew.jon.pdx@usa.com

16. A grand jury subpoena was served to 1&1 IONOS Inc. (hereinafter "IONOS") for information associated with the account matthew.jon.pdx@usa.com. Records provided by IONOS indicated that the account was accessed from the IP address 174.253.194.14 on October 22, 2022, at approximately 5:31 AM UTC.

17. A grand jury subpoena to Amazon for information associated with the account jessebpdx1991@outlook.com indicated that the user accessed their services from the same Verizon IP address 174.253.194.14, on October 21, 2022, at approximately 9:39 PM UTC. From my training and experience, I know that often when two or more online services are accessed in a short period of time from the same IP address, this indicates that the same person or location likely accessed both.

18. On March 6, 2023, I submitted a request to Verizon to identify several IP addresses that returned as being attributed to Verizon. I requested that Verizon provide telephone numbers associated with the IP addresses for specific dates and times. The following IP addresses, dates, and times were provided to Verizon in the request:

/ / /

- IP 174.247.179.110 on 03/4/23 at 09:09:20 UTC
- IP 174.253.193.2 on 02/4/23 at 13:07:32 UTC
- IP 174.253.193.106 on 02/5/23 at 05:19:57 UTC
- IP 174.253.193.65 on 11/25/22 at 21:14:00 UTC
- IP 174.253.194.197 on 11/09/22 at 06:00:46 UTC
- IP 174.253.192.165 on 10/26/22 at 06:39:55 UTC
- IP 174.253.193.165 on 10/26/22 at 06:57:45 UTC
- IP 174.253.194.186 on 10/24/22 at 05:40:09 UTC
- IP 174.253.194.14 on 10/22/22 at 05:21:50 UTC

19. On March 7, 2023, Verizon returned with a report which was created on March 6, 2023. Verizon provided only one telephone number associated with all the provided IP address logs: 503-███-2716 (**BENNETT's** Phone Number, according to legal process to T-Mobile). The following is a quote from the return:

> Report ran on: 2023-03-06
> **Non-Verizon Numbers:**
> 503-███-2716 (METROPCS CALIFORNIA)

**Threats Sent in the Name of "█████████ from scififan68@mail.com**

20. On October 25, 2022, at 10:15 PM, news media including █████████████████ and █████████████ all received an email from █████████ at scififan68@mail.com. The email is several pages of lengthy threats against people who he has grievances against, including, minorities, women, businesses, schools, law enforcement, liberals, and Portland in general. The following are excerpts from the email, in violation of 18 U.S.C. § 875(c):

> *I have a lot of hate for Portland and this state. I been bullied/abused/victimized, etc. from a bunch of minorities here many years ago. I am a semi white supremacist. Me and a lot of my people are sick of Portland's crap. That is why we are doing this. Also, sick of minorities screwing up our nation and screwing people like me. I had disturbing dark thoughts that haunted me. Where all my problems started.*
>
> *The threats are creditable and won't just happen in the Hollywood District and Rose City Park neighborhood. There are other places like downtown where the threats will be carried out too. Including the Mississippi District, and St. Johns. Including the Hawthorne District and Downtown Lents at 92nd and Foster. ████████████████████ is going to be our next target. Including ████████*

> ▇▇▇▇▇▇ *around Halloween day. Another target is the 72 bus line and 14 bus line routes/shifts between 9 am to 12 pm – all days. I also am planning to kill the fat bus operator for the 72 bus line in the mornings on Mondays.*

### Attribution of scififan68@mail.com

21.     IONOS company information associated with the account scififan68@mail.com indicated that the account was accessed from the IP address 174.253.192.165 on October 26, 2022, at approximately 6:57AM UTC. Amazon information associated with the account jessebpdx1991@outlook.com indicated that the user accessed their services from the same IP address 174.253.192.165, on October 26, 2022, at approximately 2:45AM UTC. On March 7 2023, Verizon responded to a grand jury subpoena with information that showed IP address 174.253.192.165 was associated with **BENNETT's** Phone Number. On March 7, 2023, Verizon returned with a report which was created on March 6, 2023. Verizon provided only one telephone number associated with all the provided IP address logs: 503▇▇2716 (**BENNETT's** Phone Number). The following is a quote from the return:

> Report ran on: 2023-03-06
> **Non-Verizon Numbers:**
> 503▇▇2716 (METROPCS CALIFORNIA)

**Threats Sent in the Name of** ▇▇▇▇▇▇▇ **from** ▇▇▇▇▇▇pdx.or@hotmail.com **and** ▇▇▇▇▇▇▇ **from tough.military.man@usa.com**

22.     On November 8, 2022, ▇▇▇▇▇▇▇▇▇▇▇▇▇ located in Portland, Oregon, received a message on their online portal from ▇▇▇▇▇▇▇ at ▇▇▇▇▇▇pdx.or@hotmail.com. ▇▇▇▇▇▇▇▇▇▇▇▇, located in Portland, Oregon, also received the same message from ▇▇▇▇▇▇ at tough.military.man@usa.com. The following message was received by both:

/ / /

> *This Tuesday you better be voting to turn Oregon red. If not, then we will violently act to destroy your businesses and murder democrats and liberals in Portland. Including throughout Multnomah County this week. I am pretty sick of the way Portland has become. After the death of that stupid nigger George Floyd, crime has become the normal. I am glad Britain conquered Africa and Ireland. Made both more civilized. May God Save The King! Niggers equal stranger danger out in Gresham!*

### Attribution of tough.military.man@usa.com

23.     IONOS company information associated with the account tough.military.man@usa.com indicated that the account was accessed from the IP address 174.253.194.197 on November 9, 2022, at approximately 06:00:00 and 06:13:00 UTC (November 8, 2022, at 22:13 PST). On March 7, 2023, Verizon responded to a grand jury subpoena with information that showed IP address 174.253.194.197 was associated with **BENNETT's** Phone Number. Verizon provided only one telephone number associated with all the provided IP address logs: 503▇2716 (**BENNETT's** Phone Number). The following is a quote from the return:

> Report ran on: 2023-03-06
> **Non-Verizon Numbers:**
> 503▇2716 (METROPCS CALIFORNIA)

### Additional Threats Emailed to Other Victims

24.     On November 25 and 26, 2022, serval businesses located in Portland, Oregon were sent emails from ▇▇▇pdx.or@mail.com. ▇▇▇ and ▇▇▇ all received threats. IONOS provided that all email threats individually resolved back to Verizon IP addresses. All the IP addresses were associated with **BENNETT's** Phone Number. The following are excerpts from the email:

/ / /

> *I am secretly a white supremacist. I am fucking disgusted with what Portland has become. A breeding ground for snowflakes, liberals, and the mentally ill. As well as the evil homeless. Blacks causing most of the fucking violence and shootings. This all really expanded because of that fucking Nigger George Floyd and his type of people. Since ▓▓▓▓ won with Oregon remaining a blue state, we will take action. We are planning to assassinate ▓▓▓▓ with ▓▓▓▓ too. I have a collection of rifles that will do the job just fine. Within the next two weeks, me and the guys will do the job. We got some homemade dangerous packages to add to the message we're sending. We are thinking of starting the Holocaust again since they are becoming sick freaks in Portland. We going to go by some apartments in Gresham and East Portland. Go shoot some of them fucking Niggers. Like at ▓▓▓▓ ▓▓▓▓ Just a few to name and will leave it at that…We are making plans to start a race war here in the Portland area soon. I want to give an honorary mention to an actress. ▓▓▓▓ and ▓▓▓▓ of Napoleon Dynamite. By December 3rd, we hope they gun her, ▓▓▓▓ and their family down. We will make sure to bring that Walmart shooting in Chesapeake area down to her and her area. That is so ▓▓▓▓ right there. She ought to be shot for that. That is the message for ▓▓▓▓ to give to ▓▓▓▓ We hope the same for ▓▓▓▓ and his Hispanic wife. Plans to targeting other businesses as well. Including Gresham Police and all of the Multnomah County Sheriff's Office. Don't want to forget state police and other agencies in all other parts of the state. Including ▓▓▓▓ ▓▓▓▓ Judge of Multnomah County and all businesses on the intersection of NE Hancock and NE 42nd in the Hollywood District with the Target store in that area. These mass shootings and liberal political violence.*

25. On February 4, 2023, at 5:07 AM, ▓▓▓▓ located in Vancouver, Washington, received an email through their website portal from ▓▓▓▓ at ▓▓▓▓@gmail.com. A ▓▓▓▓ information technology person (hereinafter ▓▓▓▓ IT") provided the IP address logs during the time the email was sent, which identified the Verizon IP address 174.253.193.2. On March 7, 2023, Verizon responded to a grand jury subpoena with information that showed IP address 174.253.193.2 is associated with **BENNETT's** Phone Number. Verizon provided only one telephone number associated with all the IP address logs requested: The following is a quote from the return:

   Report ran on:   2023-03-06
   **Non-Verizon Numbers:**
   503▓▓2716 (METROPCS CALIFORNIA)

26. On February 4, 2023, at 9:20 PM [REDACTED] received a second email through their web site portal from [REDACTED] at [REDACTED]@gmail.com with the same content [REDACTED] IT provided the IP address logs during the time the email was sent, which identified the Verizon IP address 174.253.193.106. On March 7, 2023, Verizon responded to a grand jury subpoena with information that showed IP address 174.253.193.106 is associated with **BENNETT's** Phone Number. Verizon provided only one telephone number associated with all the IP address logs requested: The following is a quote from the return:

> Report ran on: 2023-03-06
> **Non-Verizon Numbers:**
> 503[REDACTED]2716 (METROPCS CALIFORNIA)

27. On February 10, 2023, at 8:39 PM, the State of Missouri received the same email from [REDACTED]@gmail.com, named "Terrorist Attack at Super Bowl." Phoenix FBI Field Office also received notification that [REDACTED] at [REDACTED]@gmail.com, sent several people at [REDACTED] in Phoenix an email named "Terrorist Attack at Super Bowl." On March 3, 2023, at 9:04 PM, [REDACTED], located in Boston, Massachusetts received the same email from [REDACTED] at [REDACTED]90s@hotmail.com. [REDACTED] all received emails from [REDACTED]90s@hotmail.com.

28. Legal process is still pending on the IP addresses of the other victims associated with the threats. The following are excerpts from the nearly ten-page threat, in violation of 18 U.S.C. §§ 844(e) and 875(c):

/ / /

*We are going to be conducting terrorist attacks in major US cities. From bombings, mass shootings, hate crimes, human trafficking, and cyber terrorism like attacking the power grid system. Including much more like going after children and famous celebrities and news media outlets, including churches, stores, transit systems, and county sheriff's offices. This also includes terrorist attacks at the upcoming Oscars. I and my guys also plan to attack local and state governments. Including local businesses and corporations. Inciting violence and race wars. Including religious based wars too. We have a lot of guns, homemade bombs, and have ties to groups like the Taliban, Wagner group, oath keepers, and white supremacists groups. Especially those of people of color for security guard shit. Also, including Native American tribes too. Those Native Americans tribes, very violent people. No wonder why governments here in North and South America have tried to eliminate them. Those Native Americans, turn savages and cannibalize each other. All minority groups should do that to each other. We plan to see that happen. Hopefully Russia and China will have no problem taking care of that situation. Including taking out their type of organizations and all non profit organizations like here in Portland. We will make sure it happens, that goes for blacks and BLM. Especially blacks who live out in Gresham like at the ▮▮▮▮ on NE Kane Dr near ▮▮▮▮ We planning to attack the churches first. All those types of churches and their schools in Portland will be taken out. Our first targets are ▮▮▮▮ and ▮▮▮▮ Those two high schools, each have hostile minorities. We will conduct mass shootings and terrorist attacks like that of 9/11/2001. We will bomb, kidnap woman (murder, sell into human trafficking, sexually torture in all forms, abandon them in the wilds both dead and alive (forests and sea), etc. We will be bombing all the high schools in Portland, Gresham, Beaverton, Hillsboro, and Clackamas. Including in other parts of Oregon too. Like Wilsonville and Tigard. Businesses in all of Downtown Portland will be targeted for mass shootings, bombings, and killings towards the homeless and the mentally ill. Including ▮▮▮▮ and her twin sister ▮▮▮▮ Best way to describe what will happen to these women is this. We will kidnap them individually, brake their bones. Rip their clothes off and rape them. First we will shoot them from a distance. Then do this things. Here is an example. ▮▮▮▮ ▮▮▮▮ is a great example. We will do the above to her, kill her family, then do all that to her. Including murdering her children. All right in front of her, while she is nailed to the wall. Then grab a tattoo gun and do some disturbing things with the ink. To her body, like her breasts and eyes.*

## Conclusion

29. Based on the foregoing, I have probable cause to believe, and I do believe, that Jesse David **BENNETT**, a resident of Portland, Oregon, has been communicating electronic threats, constituting crimes of Threats against the President (18 U.S.C. § 871), Communicating a

Threat over the Internet (18 U.S.C. § 875(c)), and Threats Regarding Fire and Explosives (18 U.S.C. § 844(e)). I therefore request that the Court issue an arrest warrant and criminal complaint for Jesse David **BENNETT**.

30. Prior to being submitted to the Court, this affidavit, the arrest warrant, and criminal complaint were all reviewed by Assistant United States Attorney Craig Gabriel. AUSA Gabriel advised me that in his opinion the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested arrest warrant and criminal complaint.

*By phone pursuant to Fed R. Crim. P. 4.1*
Detective Jeremy Chedester
Task Force Officer
Washington County Sheriff's Office and Federal
Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:45 p.m. on March 21, 2023.

*Youlee Yim You*
_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge