AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesse David Bennett | ) | Case No. 3:23-mj-00054 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**ARREST WARRANT**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jesse David Bennett                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Threats against the President in violation of 18 U.S.C. § 871;
Communicating a Threat over the Internet in violation of 18 U.S.C. § 875(c); and
Threats Regarding Fire and Explosives in violation of 18 U.S.C. § 844(e)

Date:  March 21, 2023

*Youlee Yim You*
*Issuing officer's signature*

City and state:  Portland, Oregon           Honorable U.S. Magistrate Judge Youlee Yim You
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE  03/22/2023
ARRESTED BY  FBI

U.S. MARSHAL
BY E. CATER /s/

*Arresting officer's signature*

*Printed name and title*