# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-** 112-IM |
| v. | **INDICTMENT** |
| **JESSE DAVID BENNETT,** | **18 U.S.C. § 871(a)** |
| | **18 U.S.C. § 875(c)** |
| **Defendant.** | **18 U.S.C. § 844(e)** |

## THE GRAND JURY CHARGES:

### COUNT 1
### (Threats Against the President and Successors)
### (18 U.S.C. § 871(a))

On or about June 13, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict

bodily harm upon the President of the United States, specifically:

> *We are going to place bombs and explode them during the prime-time hearings this week. There are already bombs hidden in the area and throughout the city. Also, the Supreme Court is going down. We will highjack private planes on private airfields to crash them into the Supreme Court building during one of the big hearings coming up real soon. I will kill President Biden and Vice President Harris this week. We will cause the insurrection to happen again later this week again… We will gun down all police in DC, including Capital Police and Federal Law Enforcement.*

In violation of 18 U.S.C. § 871(a).

## COUNT 2
### (Threats Against the President and Successors)
### (18 U.S.C. § 871(a))

On or about June 13, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict

bodily harm upon the President of the United States, specifically:

> *We are going to place bombs and explode them during the prime-time hearings this week. There are already bombs hidden in the area and throughout the city. Also, the Supreme Court is going down. We will highjack private planes on private airfields to crash them into the Supreme Court building during one of the big hearings coming up real soon. I will kill President Biden and Vice President Harris this week. We will cause the insurrection to happen again later this week again... We will gun down all police in DC, including Capital Police and Federal Law Enforcement.*

In violation of 18 U.S.C. § 871(a).

## COUNT 3
### (Threatening Communications)
### (18 U.S.C. § 875(c))

On or about June 13, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT** did knowingly and willfully transmit in interstate and foreign commerce from

Portland, State of Oregon to the District of Colombia, an electronic communication to the United

States Department of Justice, and the communication contained a threat to kidnap and injure the

President and Vice President of the United States, the United States Supreme Court and police,

specifically:

> *We are going to place bombs and explode them during the prime-time hearings this week. There are already bombs hidden in the area and throughout the city. Also, the Supreme Court is going down. We will highjack private planes on private airfields to crash them into the Supreme Court building during one of the big hearings coming up real soon. I will kill President Biden and Vice President Harris this week. We will cause the insurrection to happen again later this week again...*

*We will gun down all police in DC, including Capital Police and Federal Law Enforcement.*

In violation of 18 U.S.C. § 875(c).

## COUNT 4
### (Threats Regarding Arsons and Bombings)
### (18 U.S.C. § 844(e))

On or about June 13, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT**, through the use of electronic communications sent to the Webmaster at the United

States Department of Justice, willfully made a threat to destroy a government building, by means

of fire or an explosive, in and affecting interstate or foreign commerce.

In violation of 18 U.S.C. § 844(e).

## COUNT 5
### (Threatening Communications)
### (18 U.S.C. § 875(c))

On or about October 21, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT** did knowingly and willfully transmit in interstate and foreign commerce an email to

Recipient 1, and the communication contained a threat to kidnap or injure Adult Victims 1, 2, 3,

and 4:

*Me and my friends, [...] are responsible for the hell [Adult Victim 1] went through in August regarding a lot of emails being sent around across the country. We have also been stalking [Adult Victims 1, 2 and 3]. We been secretly following [Adult Victim 1] online with the other two mentioned. We plan to stalk, then rape, and murder all three. I personally plan to kill [Adult Victim 1]'s brother [Adult Victim 4] from that podcast they are doing lately. We know where they all live. We plan to do terror attacks across the country. I Matt, as a Trump supporter feel the need to do this. We plan to do mass shootings on NE Sandy Blvd in the Hollywood District and Rose City Park neighborhood. From NE 57th Ave to outside the Hollywood District to SE Washington St. A lot of businesses will be targeted soon. First, we will be dealing with the homeless problem with those sick weirdos at night.*

In violation of 18 U.S.C. § 875(c).

## COUNT 6
### (Threatening Communications)
### (18 U.S.C. § 875(c))

On or about October 25, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT** did knowingly and willfully transmit in interstate and foreign commerce an email

sent to Portland, Oregon, news outlets KXL, KATU, KOIN, KGW, and Willamette Week, and

the communication contained a threat to injure minorities, women, businesses, schools, law

enforcement, and specifically:

> *I have a lot of hate for Portland and this state. I been bullied/abused/victimized, etc. from a bunch of minorities here many years ago. I am a semi white supremacist. Me and a lot of my people are sick of Portland's crap. That is why we are doing this. Also, sick of minorities screwing up our nation and screwing people like me. I had disturbing dark thoughts that haunted me. Where all my problems started.*

> *The threats are creditable and won't just happen in the Hollywood District and Rose City Park neighborhood. There are other places like downtown where the threats will be carried out too. Including the Mississippi District, and St. Johns. Including the Hawthorne District and Downtown Lents at 92nd and Foster. Portland Public Schools is going to be our next target. Including [Local Middle School] around Halloween day. Another target is the 72 bus line and 14 bus line routes/shifts between 9 am to 12 pm – all days. I also am planning to kill the fat bus operator for the 72 bus line in the mornings on Mondays.*

In violation of 18 U.S.C. § 875(c).

## COUNT 7
### (Threatening Communications)
### (18 U.S.C. § 875(c))

On or about November 8, 2022, in the District of Oregon, defendant **JESSE DAVID**

**BENNETT,** did knowingly and willfully transmit in interstate and foreign commerce an email

sent to Portland, Oregon [Business Victim 1] and [Civic Organization 1] and the communication

contained a threat to injure Portland, Oregon [Business Victim 1] and [Civic Organization 1] and

specifically:

**Indictment**

*This Tuesday you better be voting to turn Oregon red. If not, then we will violently act to destroy your businesses and murder democrats and liberals in Portland. Including throughout Multnomah County this week. I am pretty sick of the way Portland has become. After the death of that stupid* [n-word] *George Floyd, crime has become the normal. I am glad Britain conquered Africa and Ireland. Made both more civilized. May God Save The King!* [N-word] *equal stranger danger out in Gresham!*

In violation of 18 U.S.C. § 875(c).

## COUNT 8
### (Threatening Communications)
### (18 U.S.C. § 875(c))

On or about or between November 25 and 26, 2022, in the District of Oregon, defendant

**JESSE DAVID BENNETT** did knowingly and willfully transmit in interstate and foreign

commerce an email sent to Portland, Oregon [Business Victims 2, 3, 4, 5, and 6] and the

communication contained a threat to injure individuals and specific locations, specifically:

*I am secretly a white supremacist. I am fucking disgusted with what Portland has become. A breeding ground for snowflakes, liberals, and the mentally ill. As well as the evil homeless. Blacks causing most of the fucking violence and shootings. This all really expanded because of that fucking* [N-word] *George Floyd and his type of people. Since Tina Kotek won with Oregon remaining a blue state, we will take action. We are planning to assassinate Kotek with Kate Brown too. I have a collection of rifles that will do the job just fine. Within the next two weeks, me and the guys will do the job. We got some homemade dangerous packages to add to the message we're sending. We are thinking of starting the Holocaust again since they are becoming sick freaks in Portland. We going to go by some apartments in Gresham and East Portland. Go shoot some of them fucking* [N-words]. *Like at Locations 1-6]. Just a few to name and will leave it at that…We are making plans to start a race war here in the Portland area soon. I want to give an honorary mention to an actress. [Adult Victim 1] and [Recipient 1] of Napoleon Dynamite. By December 3rd, we hope they gun her, [Adult Victim 4], and their family down. We will make sure to bring that Walmart shooting in Chesapeake area down to her and her area. That is so [Adult Victim 1] right there. She ought to be shot for that. That is the message for [Recipient 1] to give to [Adult Victim 1]. We hope the same for [Recipient 1] and his Hispanic wife. Plans to targeting other businesses as well. Including Gresham Police and all of the Multnomah County Sheriff's Office. Don't*

*want to forget state police and other agencies in all other parts of the state. Including [Adult victim 5] Judge of Multnomah County and all businesses on the intersection of NE Hancock and NE 42nd in the Hollywood District with the Target store in that area. These mass shootings and liberal political violence.*

In violation of 18 U.S.C. § 875(c).

**COUNT 9**
**(Threatening Communications)**
**(18 U.S.C. § 875(c))**

On or about February 10, 2023, in the District of Oregon, defendant **JESSE DAVID BENNETT** did knowingly and willfully transmit in interstate and foreign commerce an email sent to [Jewish Synagogue] located in Boston, Massachusetts, and the communication contained a threat to conduct terrorist attacks and other acts of violence, specifically:

*We are going to be conducting terrorist attacks in major US cities. From bombings, mass shootings, hate crimes, human trafficking, and cyber terrorism like attacking the power grid system. Including much more like going after children and famous celebrities and news media outlets, including churches, stores, transit systems, and county sheriff's offices. This also includes terrorist attacks at the upcoming Oscars. I and my guys also plan to attack local and state governments. Including local businesses and corporations. Inciting violence and race wars. Including religious based wars too. We have a lot of guns, homemade bombs, and have ties to groups like the Taliban, Wagner group, oath keepers, and white supremacists groups. Especially those of people of color for security guard shit. Also, including Native American tribes too. Those Native Americans tribes, very violent people. No wonder why governments here in North and South America have tried to eliminate them. Those Native Americans, turn savages and cannibalize each other. All minority groups should do that to each other. We plan to see that happen. Hopefully Russia and China will have no problem taking care of that situation. Including taking out their type of organizations and all non profit organizations like here in Portland. We will make sure it happens, that goes for blacks and BLM. Especially blacks who live out in Gresham like at the [Location 1] on NE Kane Dr near [College 1] We planning to attack the churches first. All those types of churches and their schools in Portland will be taken out. Our first targets are [School 1] and [School 2]. Those two high schools, each have hostile minorities. We will conduct mass shootings and terrorist attacks like that of 9/11/2001. We will bomb, kidnap woman (murder, sell into human trafficking, sexually torture in all forms, abandon*

*them in the wilds both dead and alive (forests and sea), etc. We will be bombing all the high schools in Portland, Gresham, Beaverton, Hillsboro, and Clackamas. Including in other parts of Oregon too. Like Wilsonville and Tigard. Businesses in all of Downtown Portland will be targeted for mass shootings, bombings, and killings towards the homeless and the mentally ill. Including [Adult Victim 6] and her twin sister [Adult Victim 7]. Best way to describe what will happen to these women is this. We will kidnap them individually, brake their bones. Rip their clothes off and rape them. First we will shoot them from a distance. Then do this things. Here is an example. [Adult Victim 8] is a great example. We will do the above to her, kill her family, then do all that to her. Including murdering her children. All right in front of her, while she is nailed to the wall. Then grab a tattoo gun and do some disturbing things with the ink. To her body, like her breasts and eyes.*

In violation of 18 U.S.C. § 875(c).

## COUNT 10
### (Threats Regarding Arsons and Bombings)
### (18 U.S.C. § 844(e))

On or about February 10, 2023, in the District of Oregon, defendant **JESSE DAVID BENNETT**, through the use of an electronic email sent to [Jewish Synagogue] located in Boston, Massachusetts, willfully made a threat to destroy a government building, by means of fire or an explosive, in and affecting interstate or foreign commerce.

In violation of 18 U.S.C. § 844(e).

Dated: April 11 , 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

GREGORY R. NYHUS, OSB # 913841
Assistant United States Attorney